AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FLOR CARIBE, INC.

Plaintiff

v.   Civil Action No. 8: 13 CV 1185 T 23 EAJ

UNITED STATES DEPT OF TREASURY, ET AL

Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JACK LEW
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory Saldamando, Esq.
TOLEDO PA
4115 W. Cypress Street
Tampa, FL 33607
Gsaldamando@toledopa.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 - 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FLOR CARIBE, INC. )
)
*Plaintiff* )
)
v. ) Civil Action No. 8:13cv1185T23EAJ
)
UNITED STATES DEPT OF TREASURY, ET AL )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ADAM J. SZUBIN, OFAC
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory Saldamando, Esq.
TOLEDO PA
4115 W. Cypress Street
Tampa, FL 33607
Gsaldamando@toledopa.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 – 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FLOR CARIBE, INC.

Plaintiff

v.

UNITED STATES DEPT OF TREASURY, ET AL

Defendant

Civil Action No. 8:13cv1185t 23EAJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Saldamando, Esq.
TOLEDO PA
4115 W. Cypress Street
Tampa, FL 33607
Gsaldamando@toledopa.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 - 2013

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FLOR CARIBE, INC. )
)
Plaintiff )
v. ) Civil Action No. 8:13 cv 1185 T 23 EAJ
UNITED STATES DEPT OF TREASURY, ET AL )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, DC 20220

13 MAY -2 PM 2:33 RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory Saldamando, Esq.
TOLEDO PA
4115 W. Cypress Street
Tampa, FL 33607
Gsaldamando@toledopa.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 - 2013

*Signature of Clerk or Deputy Clerk*